IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EILEEN CHAMBERLAIN, Individually
and on Behalf of All Those Similarly
Situated,

Plaintiff,

vs.

US BANCORP CASH BALANCE
RETIREMENT PLAN, and
MERCANTILE BANK CASH BALANCE
RETIREMENT PLAN,

Defendants.                                             No. 04-CV-0841-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is the parties' joint motion to stay the above case pending the Seventh Circuit's decision in ***Cooper v. IBM Personal Pension Plan*, No. 99-829-GPM**.  (Doc. 48.)  The Court **GRANTS** the parties' joint motion (Doc. 48), and **STAYS** this matter pending the Seventh Circuit's decision in ***Cooper***.

**IT IS SO ORDERED**.

Signed this 5th day of January, 2006.

/s/         David RHerndon
**United States District Judge**