IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EILEEN CHAMBERLAIN, Individually and on Behalf of All Those Similarly Situated,

Plaintiff,

vs.

US BANCORP CASH BALANCE RETIREMENT PLAN, and MERCANTILE BANK CASH BALANCE RETIREMENT PLAN,

Defendants.                                              No. 04-CV-0841-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is a status report submitted by Plaintiff requesting that this matter continue to be stayed. (Doc. 50.) On January 5, 2006, this Court entered an order to stay this matter pending the Seventh Circuit's decision in ***Cooper v. IBM Personal Pension Plan*, No. 99-829-GPM**. (Doc. 49.) On August 7, 2006, the Seventh Circuit issued an opinion reversing the district court; however, Plaintiff

advises this Court that the plaintiffs in *Cooper v. IBM Personal Pension Plan* will be filing a petition for rehearing *en banc* in that case.  Therefore, the Court **GRANTS** Plaintiff's request and **CONTINUES THE STAY** of this matter until all appeals have been exhausted in the case of *Cooper v. IBM Personal Pension Plan* or until further order of the Court should the Court find reason to terminate the stay before a decision of the United States Supreme Court.  The parties shall advise the Court, via written notice, when all appeals in *Cooper* have been exhausted in the event the stay is still in place at bar.

**IT IS SO ORDERED**.

Signed this 29th day of August, 2006.

/s/          David    RHerndon
**United States District Judge**