UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Eileen Chamberlain, Individually and on Behalf of All Those Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-841-DRH |
| US Bancorp Cash Balance Retirement Plan, and Mercantile Bank Cash Balance Retirement Plan, | ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) | |

ORDER

**Herndon, District Judge:**

Now before the Court is Plaintiffs' Motion for Extension of Time (Doc. 53) within which to file their response to Defendants' Motion to Dismiss (Doc. 52) in Light of the Seventh's Circuit Decision in the *Cooper v. IBM Personal Pension Plan*. The Court is advised that Defendants do not oppose the requested extension.

WHEREFORE, pursuant to Rule 4, Fed.R.Civ.P., the Court grants Plaintiffs' request. Plaintiffs are granted an extension, to and including March 19, 2007, within which to file their response to Defendants' Motion to Dismiss in Light of the Seventh's Circuit Decision in the *Cooper v. IBM Personal Pension Plan*.

March 12, 2007                    /s/   David   RHerndon
Date                              District Court Judge