IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EILEEN CHAMBERLAIN, Individually
and on Behalf of All Those Similarly
Situated,

Plaintiff,

vs.

US BANCORP CASH BALANCE
RETIREMENT PLAN, and
MERCANTILE BANK CASH BALANCE
RETIREMENT PLAN,

Defendants.                                              No. 04-CV-0841-DRH

## ORDER

**HERNDON, District Judge:**

Now before the Court is Defendant's motion to dismiss in light of the Seventh Circuit's decision in *Cooper v. IBM Personal Pension Plan*. (Doc. 52.) Plaintiff responds that she does not oppose dismissal of her Complaint with prejudice. (Doc. 55.) Therefore, the Court **GRANTS** Defendant's motion (Doc. 52) and **DISMISSES** this cause with prejudice. Each party to bear its own costs and fees. Clerk to enter judgment accordingly.

**IT IS SO ORDERED**.

Signed this 20th day of March, 2007.

/s/     David   RHerndon
**United States District Judge**