# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EILEEN CHAMBERLAIN, Individually
and on Behalf of All Those Similarly
Situated**

       **Plaintiff,**

**v.**                    **CIVIL ACTION NO. 04-CV-841 DRH**

**US BANCORP CASH BALANCE
RETIREMENT PLAN, and
MERCANTILE BANK CASH BALANCE
RETIREMENT PLAN,**

       **Defendant.**

## JUDGMENT IN A CIVIL CASE

       **DECISION BY COURT.** This action came to hearing before the Court on Defendant's motion to dismiss.

       **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and this cause of action is **DISMISSED with prejudice**.---------------------------------------------------------------------

       **NORBERT G. JAWORSKI, CLERK**

March 21, 2007              BY:    /s/Patricia Brown          
                                     Deputy Clerk

APPROVED: /s/     David  RHerndon
           **U.S. DISTRICT JUDGE**